UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| ASHAPURA MINECHEM LTD., | Case No. 11-14668 (JMP) |
| Debtor in a Foreign Proceeding. | |

## ORDER CONTINUING TEMPORARY RESTRAINING ORDER

Upon the record of the hearing held before this Court on October 5, 2011 (the "October 5 Hearing"), in connection with the application (the "Application") of Chetan Shah in his capacity as the foreign representative of Ashapura Minechem Ltd. (the "Petitioner") seeking, *inter alia*, entry of provisional relief under section 1519 of title 11 of the United States Code; the pleadings filed in this case to date; the representations and statements of counsel for the parties appearing at the October 5 Hearing; and the request by counsel that the hearing on the granting of a preliminary injunction, currently scheduled for October 17, 2011 be continued; it is hereby

ORDERED, that the hearing on the Petitioner's request for a preliminary injunction (the "Preliminary Injunction Hearing") is continued to October 24, 2011 at 2:00 p.m. (New York time); and it is further

ORDERED, that this Court's Temporary Restraining Order issued on October 5, 2011 be, and hereby is, extended pending the conclusion of the Preliminary Injunction Hearing; and it is further

ORDERED, that the time by which parties may file and serve objections, if any, opposing the Petitioner's request for a preliminary injunction is extended so as to be

received by the Court and by counsel to the Petitioner, on or before October 18, 2011 at 5:00 p.m. (New York time); and it is further

ORDERED, that Petitioner's response, if any, to any such objections shall be filed and served so as to be received by the Court and counsel to such objectants on or before October 21, 2011 at 5:00 p.m. (New York time).

Dated: New York, New York
October 17, 2011

          *s/ James M. Peck*
          Honorable James M. Peck
          United States Bankruptcy Judge